Doc#:   27045 Bk:29611 Pg:  132

## ASSIGNMENT OF MORTGAGE

**KNOW ALL BY THESE PRESENTS,** that it, Mortgage Electronic Registration Systems, Inc., as Nominee for First Financial Mortgage Corp., its successors and assigns, Mortgagee of a mortgage from Chor Oul and Sopheap Im dated January 5, 2007 and recorded in the Cumberland County Registry of Deeds in Book 24740, Page 142, for valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does hereby **GRANT, ASSIGN AND TRANSFER** unto **JPMorgan Chase Bank, National Association**, its successors and assigns, the said above described mortgage and all its right, title and interest by virtue of said mortgage in and to the real estate described therein.

**TO HAVE AND TO HOLD** the same unto the said JPMorgan Chase Bank, National Association, its successors and assigns, to its and their own use and behoof forever.

**IN WITNESS WHEREOF,** it, the said Mortgage Electronic Registration Systems, Inc., as Nominee for First Financial Mortgage Corp. its successors and assigns, has caused this instrument to be signed in its corporate name and seal by Donna J. Gilkerson its [title] Assistant Secretary thereunto duly authorized, on this 4th day of May, 2012.

Received
Recorded Register of Deeds
May 24, 2012 03:03:10P
Cumberland County
Pamela E. Lovley

_____
Witness   Lena Waugh

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** as Nominee for First Financial Mortgage Corp., **its successors and assigns**

_____
by its [title]   Assistant Secretary
print name   Donna J Gilkerson

STATE OF Ohio
COUNTY OF Franklin, SS:                                         May 14, 2012

Then personally appeared the above named Donna J. Gilkerson, as [title] Assistant Secretary of the said Mortgage Electronic Registration Systems, Inc., as Nominee for First Financial Mortgage Corp., its successors and assigns, and acknowledged the foregoing instrument to be his/her free act and deed, in his/her said capacity, and the free act and deed of the said corporation, before me,

Address of Preparer:
Jerome J. Gamache, Esq.
Ainsworth, Thelin & Raftice, P.A.
P.O. Box 2412
South Portland, ME 04116-2412

_____
Notary Public

PROPERTY ADDRESS:   5 Barley Lane, Scarborough, Maine 04074 Cumberland County

Stephanie T. Tran
Notary Public, State of Ohio
My Commission Expires 08-24-2014

EXHIBIT D