## Quitclaim Assignment

WHEREAS, First Financial Mortgage Corp., is identified as the "Lender" on a certain mortgage executed by Chor Oul and Sopheap Im, and bearing the date of January 5, 2007, securing the property located at 5 Barley Lane, Scarborough, in the County of Cumberland and State of Maine and recorded in the Cumberland County Registry of Deeds in Book 24740, Page 142 (hereinafter the "Mortgage");

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to Federal National Mortgage Association ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Assignee.

First Financial Mortgage Corp.

_____
Bruce K. Brown, III
Chief Executive Officer

STATE OF Maine
COUNTY OF Cumberland

Subscribed before me, on February 26, 2020, by Bruce K. Brown, III as Chief Executive Officer. He/she is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

_____
Notary Public
My Commission expires:

PAMELA HILL BUSHEY
Notary Public
Maine
My Commission Expires Sept. 25, 2025

State of Maine
Cumberland County          Portland, Maine
I hereby certify that the foregoing is a true copy of
the record as found in Book 36513 Page (332)
Cumberland County Registry of Deeds
Attest _____ Register

Received
Recorded Register of Deeds
Mar 17,2020 12:13:59P
Cumberland County
Nancy A. Lane

EXHIBIT 1