**Doonan, Graves & Longoria** LLC

ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

May 23, 2023

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Sopheap Im
229 St. John Street
Portland, ME 04102

**Certified Article Number**

9414 7266 9904 2212 7530 90

**SENDER'S RECORD**

Sopheap Im
5 Barley Lane
Scarborough, ME 04074

**Certified Article Number**

9414 7266 9904 2212 7530 83

**SENDER'S RECORD**

Chor Oul
5 Barley Lane
Scarborough, ME 04074

**Certified Article Number**

9414 7266 9904 2212 7530 76

**SENDER'S RECORD**

Chor Oul
229 St. John Street
Portland, ME 04102

**Certified Article Number**

9414 7266 9904 2212 7530 69

**SENDER'S RECORD**

### NOTICE OF MORTGAGOR'S RIGHT TO CURE
### THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re: Property Address: 5 Barley Lane, Scarborough, ME 04074
    Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Nationstar Mortgage LLC, the Mortgagee, Federal National Mortgage Association and the Owner/Investor, Federal National Mortgage Association pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

**EXHIBIT**

**J**

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc., as nominee for First Financial Mortgage Corp. its successors and assigns (if MERs) dated January 5, 2007 and recorded in the Cumberland County Registry of Deeds in Book 24740, Page 142. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| | |
|---|---|
| Past Due Principal & Interest | $306,730.08 |
| Escrow (Taxes & Insurance) | $109,273.18 |
| Forbearance Suspense | -$630.06 |

**TOTAL TO CURE DEFAULT:** $415,373.20

A portion of the amount due is reasonable interest in the amount of $248,887.44.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $415,373.20 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **Nationstar Mortgage LLC, Payment Processing, 8950 Cypress Waters Boulevard, Coppell, TX 75019. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived. To reach a person with authority to modify a mortgage loan, please contact Nationstar Mortgage LLC at 888-480-2432 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is Federal National Mortgage Association, the mortgage

servicer, which is Nationstar Mortgage LLC or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal National Mortgage Association is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Nationstar Mortgage LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Nationstar Mortgage LLC
Loss Mitigation Department/Loan Resolution
8950 Cypress Waters Boulevard
Coppell, TX 75019
888-480-2432

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Nationstar Mortgage LLC and
Federal National Mortgage Association
by their attorney

Reneau J. Longoria, Esq.

CB
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

Cc: Attorney
    Gerald B. Schofield
    6 City Center Suite 400, Portland, ME 04101

18502.03

# HUD Housing Counseling Agencies located in MAINE

This listing is current as of 12/14/2022.

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | - English |

GO BACK

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

This listing is current as of 01/14/2015.

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |
| Avesta Housing Development Corporation | Phone: 207-553-7777<br>Web: www.avestahousing.org | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | Phone: 800-873-2227<br>Web: | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | Phone: 800-542-8227<br>Web: www.kvcap.org | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc

**UNITED STATES POSTAL SERVICE.**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:**

Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA 01915

**To:**

Sopheap Im

229 St. John Street

Portland, ME 04102

PS Form **3817**, April 2007 PSN 7530-02-000-9065

stamps

$1.85 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

896.188.133

stamps

Postmark Here

 **UNITED STATES POSTAL SERVICE.**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:**

Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA 01915

**To:**

Sopheap Im

5 Barley Lane

Scarborough, ME 04074

PS Form **3817**, April 2007 PSN 7530-02-000-9065

stamps
$1.85 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915
896188.134
stamps

Postmark Here

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:**
Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA  01915

**To:**
Chor Oul

5 Barley Lane

Scarborough, ME  04074

PS Form **3817**, April 2007 PSN 7530-02-000-9065

stamps

$1.85⁰

**US POSTAGE**
**FIRST-CLASS**
062S0011238745
FROM 01915

S96188.135

stamps

Postmark Here

 **UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing.
This form may be used for domestic and international mail.

**From:**

Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA  01915

**To:**

Chor Oul

229 St. John Street

Portland, ME  04102

PS Form **3817**, April 2007 PSN 7530-02-000-9065

To pay fee, affix stamps or meter postage here

stamps
**$1.85** 0
**US POSTAGE**
**FIRST-CLASS**
062S0011238745
FROM 01915
596188.136
stamps

Postmark Here





CB-15502.05-OWL

**PG**

**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY
100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Char Owl
5 Barley Lane
Scarborough, ME 04074

806188.132

$0.600
US POSTAGE
FIRST-CLASS
FROM 01915

CB-15502.05-OWL

**PG**

**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY
100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Char Owl
229 St. John Street
Portland, ME 04102

806188.132

$0.600
US POSTAGE
FIRST-CLASS
FROM 01915

CB-15502.05-OWL

**PG**

**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY
100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Sopheap Im
5 Barley Lane
Scarborough, ME 04074

806188.130

$0.600
US POSTAGE
FIRST-CLASS
FROM 01915

CB-15502.05-OWL

**PG**

**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY
100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Sopheap Im
229 St. John Street
Portland, ME 04102

806188.129

$0.600
US POSTAGE
FIRST-CLASS
FROM 01915

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves and Longoria LLC
Owner of the mortgage:Federal National Mortgage Association
What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union
Filer's Email Address:cb@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC
Loss Mitigation Department/Loan Resolution
8950 Cypress Waters Boulevard
Coppell, TX 75019
888-480-2432


-----

Consumer Information

-----


Consumer First name:Chor
Consumer Middle Initial/Middle Name:
Consumer Last name:Oul
Consumer Suffix:
Property Address line 1:5 Barley Lane
Property Address line 2:
Property Address line 3:
Property Address City/Town:Scarborough
Property Address State:
Property Address zip code:04074
Property Address County:Cumberland


-----

Notification Details

-----


Date notice was mailed:5/24/2023
Amount needed to cure the default:415373.20
Consumer Address line 1:5 Barley Lane
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Scarborough
Consumer Address State:ME
Consumer Address zip code:04074

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves and Longoria LLC
Owner of the mortgage:Federal National Mortgage Association
What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union
Filer's Email Address:cb@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC
Loss Mitigation Department/Loan Resolution
8950 Cypress Waters Boulevard
Coppell, TX 75019
888-480-2432


-----

Consumer Information

-----


Consumer First name:Chor
Consumer Middle Initial/Middle Name:
Consumer Last name:Oul
Consumer Suffix:
Property Address line 1:5 Barley Lane
Property Address line 2:
Property Address line 3:
Property Address City/Town:Scarborough
Property Address State:
Property Address zip code:04074
Property Address County:Cumberland


-----

Notification Details

-----


Date notice was mailed:5/24/2023
Amount needed to cure the default:415373.20
Consumer Address line 1:229 St. John Street
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Portland
Consumer Address State:ME
Consumer Address zip code:04102

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves and Longoria LLC

Owner of the mortgage:Federal National Mortgage Association

What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union

Filer's Email Address:cb@dgandl.com

Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC

Loss Mitigation Department/Loan Resolution

8950 Cypress Waters Boulevard

Coppell, TX 75019

888-480-2432


-----

Consumer Information

-----


Consumer First name:Sopheap

Consumer Middle Initial/Middle Name:

Consumer Last name:Im

Consumer Suffix:

Property Address line 1:5 Barley Lane

Property Address line 2:

Property Address line 3:

Property Address City/Town:Scarborough

Property Address State:

Property Address zip code:04074

Property Address County:Cumberland


-----

Notification Details

-----


Date notice was mailed:5/24/2023

Amount needed to cure the default:415373.20

Consumer Address line 1:229 St. John Street

Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Portland

Consumer Address State:ME

Consumer Address zip code:04102

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves and Longoria LLC

Owner of the mortgage:Federal National Mortgage Association

What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union

Filer's Email Address:cb@dgandl.com

Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC

Loss Mitigation Department/Loan Resolution

8950 Cypress Waters Boulevard

Coppell, TX 75019

888-480-2432


-----

Consumer Information

-----


Consumer First name:Sopheap

Consumer Middle Initial/Middle Name:

Consumer Last name:Im

Consumer Suffix:

Property Address line 1:5 Barley Lane

Property Address line 2:

Property Address line 3:

Property Address City/Town:Scarborough

Property Address State:

Property Address zip code:04074

Property Address County:Cumberland


-----

Notification Details

-----


Date notice was mailed:5/24/2023

Amount needed to cure the default:415373.20

Consumer Address line 1:5 Barley Lane

Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Scarborough

Consumer Address State:ME

Consumer Address zip code:04074

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9414726699042212753069

Copy     Add to Informed Delivery
(https://informeddelivery.usps.com/)

Feedback

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 4:24 pm on May 30, 2023 in PORTLAND, ME 04102.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

PORTLAND, ME 04102
May 30, 2023, 4:24 pm

**Out for Delivery**

PORTLAND, ME 04101
May 30, 2023, 7:44 am

**Arrived at Post Office**
PORTLAND, ME 04101
May 30, 2023, 7:33 am

**In Transit to Next Facility**
May 29, 2023

**Departed Post Office**
KNOXVILLE, TN 37950
May 25, 2023, 6:11 pm

**USPS in possession of item**
KNOXVILLE, TN 37950
May 24, 2023, 10:37 pm

**Arrived at USPS Regional Origin Facility**
KNOXVILLE TN DISTRIBUTION CENTER
May 24, 2023, 10:34 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9414726699042212753076

Copy          Add to Informed Delivery
(https://informeddelivery.usps.com/)

Feedback

## Latest Update

Your item was picked up at the post office at 8:44 am on May 31, 2023 in SCARBOROUGH, ME 04074.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**
SCARBOROUGH, ME 04074
May 31, 2023, 8:44 am

**Notice Left (No Authorized Recipient Available)**
SCARBOROUGH, ME 04074
May 30, 2023, 9:58 am

**In Transit to Next Facility**

May 28, 2023

**Departed USPS Regional Facility**

KNOXVILLE TN DISTRIBUTION CENTER
May 24, 2023, 10:53 pm

**Arrived at USPS Regional Facility**

KNOXVILLE TN DISTRIBUTION CENTER
May 24, 2023, 10:32 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

Feedback

# Need More Help?

Remove ✕

**Tracking Number:**

## 9414726699042212753083

Copy          Add to Informed Delivery
(https://informeddelivery.usps.com/)

Feedback

### Latest Update

Your item was picked up at the post office at 8:44 am on May 31, 2023 in SCARBOROUGH, ME 04074.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Post Office**
SCARBOROUGH, ME 04074
May 31, 2023, 8:44 am

**Notice Left (No Authorized Recipient Available)**
SCARBOROUGH, ME 04074
May 30, 2023, 9:58 am

**In Transit to Next Facility**
May 29, 2023

**Departed USPS Regional Facility**
SOUTHERN ME DISTRIBUTION CENTER
May 27, 2023, 2:16 am

**Arrived at USPS Regional Facility**
SOUTHERN ME DISTRIBUTION CENTER
May 26, 2023, 10:06 am

**Departed USPS Regional Facility**
KNOXVILLE TN DISTRIBUTION CENTER
May 24, 2023, 10:57 pm

**Arrived at USPS Regional Facility**
KNOXVILLE TN DISTRIBUTION CENTER
May 24, 2023, 10:32 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

## Text & Email Updates ⌄

## USPS Tracking Plus® ⌄

## Product Information ⌄

**See Less ⌃**

# USPS Tracking®

FAQs >

Tracking Number:

**9414726699042212753090**

Copy          Add to Informed Delivery
(https://informeddelivery.usps.com/)

Remove ✕

Feedback

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 4:23 pm on May 30, 2023 in PORTLAND, ME 04102.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

PORTLAND, ME 04102
May 30, 2023, 4:23 pm

**In Transit to Next Facility**

May 29, 2023

Departed USPS Regional Facility

**Departed USPS Regional Facility**

SOUTHERN ME DISTRIBUTION CENTER
May 27, 2023, 12:02 am

**Arrived at USPS Regional Facility**

SOUTHERN ME DISTRIBUTION CENTER
May 26, 2023, 10:06 am

**Departed USPS Regional Facility**

KNOXVILLE TN DISTRIBUTION CENTER
May 24, 2023, 10:57 pm

**Arrived at USPS Regional Facility**

KNOXVILLE TN DISTRIBUTION CENTER
May 24, 2023, 10:35 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

Feedback